# MONTHLY STATEMENT

Reporting Period: September 1 - 30, 2011

Account **###111**
BLAKER ENTERPRISES LLC
ATTN SABRINA BARBER
LIMITED LIABILITY

## ACCOUNT SUMMARY (continued)

### ATM, DEBIT/CREDIT, AND CHECKING

| | Number of Transactions | This Month 9/1/11 - 9/30/11 | Year to Date 1/1/11 - 9/30/11 |
|---|---|---|---|
| Checks Written | 1 | $(275,000.00) | $(275,000.00) |
| **TOTAL ATM, DEBIT/CREDIT, AND CHECKING** | | **$(275,000.00)** | **$(275,000.00)** |

## HOLDINGS DETAIL

### CASH AND CASH ALTERNATIVES

| Investment Description | | | | | Market Value |
|---|---|---|---|---|---|
| FDIC INSURED DEPOSIT ACCOUNT  IDA14 NOT COVERED BY SIPC | | | | | $413,664.42 |
| **TOTAL CASH & CASH ALTERNATIVES** | | | | | **$413,664.42** |

### EXCHANGE TRADED FUNDS (ETFs)

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| CURRENCY SH CAN DOL TR EXCHANGE TRADED FUND | FXC | 500 | $94.88 | $47,440.00 |
| CURRENCY SHARES AUS DOLLAR TRUST | FXA | 125 | 97.09 | 12,136.25 |
| MARKET VECTORS GOLD MINERS ETF | GDX | 100 | 55.19 | 5,519.00 |
| MARKET VECTORS JUNIOR GOLD MINERS ETF | GDXJ | 200 | 28.15 | 5,630.00 |
| WISDOMTREE COMMODITY CURRENCY FUND | CCX | 1,500 | 24.86 | 37,290.00 |

Questions? Consult your Independent Advisor:
FIRSTRUST LLC (386) 788-3737

MC

**TD Ameritrade**
Institutional

Page 2 of 10

SB 001453

EXHIBIT
"K"

# MONTHLY STATEMENT

Reporting Period: September 1 - 30, 2011

Account **●●**4111
BLAKER ENTERPRISES LLC
ATTN SABRINA BARBER
LIMITED LIABILITY

## HOLDINGS DETAIL (continued)

### EXCHANGE TRADED FUNDS (ETFs)

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| WISDOMTREE DREYFUS CHINESE YUAN FUND | CYB | 1,000 | 25.28 | 25,280.00 |
| **TOTAL EXCHANGE TRADED FUNDS (ETFs)** | | | | **$133,295.25** |
| TOTAL EXCHANGE TRADED FUNDS- LONG POSITION | | | | 133,295.25 |

### STOCKS

| Investment Description | Symbol/ CUSIP | Quantity | Closing Price | Market Value |
|---|---|---|---|---|
| EUROPEAN GOLDFIELDS LTD COM | EGFDF | 1,000 | $7.9095 | $7,909.45 |
| GOLD RESOURCE CORPORATION COM | GORO | 400 | 16.65 | 6,660.00 |
| GOLDCORP INC COM | GG | 100 | 45.64 | 4,564.00 |
| SILVER WHEATON CORP COM | SLW | 200 | 29.45 | 5,890.00 |
| **TOTAL STOCKS** | | | | **$25,023.45** |
| TOTAL STOCKS- LONG POSITION | | | | 25,023.45 |

| **TOTAL HOLDINGS** | **$571,983.12** |
|---|---|
| **TOTAL ACCOUNT VALUE** | **$571,983.12** |

Questions? Consult your Independent Advisor:
FIRSTRUST LLC (386) 788-3737

MC


**TD** **Ameritrade** Institutional

003860 TD4ADF01 059220

SB 001454

## MONTHLY STATEMENT

Reporting Period September 1 - 30, 2011

Account ▮▮▮▮4111
BLAKER ENTERPRISES LLC
ATTN SABRINA BARBER

LIMITED LIABILITY

## TRANSACTIONS DETAIL

| Transaction Date | Settlement Date | Activity Type | Description | Symbol/ CUSIP | Quantity | Price | Transaction Amount | |
|---|---|---|---|---|---|---|---|---|
| 09/19 | 09/22 | Buy | WISDOMETREE COMMODITY CURRENCY FUND | CCX | 1,000 | $26.30 | $(26,309.95) | ✓ |
| 09/20 | 09/23 | Buy | CURRENCY SH CAN DOL TR EXCHANGE TRADED FUND | FXC | 250 | 100.00 | (25,009.95) | ✓ |
| 09/21 | 09/26 | Buy | GOLD RESOURCE CORPORATION COM | GORO | 225 | 22.00 | (4,959.95) | ✗ |
| 09/22 | 09/27 | Buy | EUROPEAN GOLDFIELDS LTD COM | EGFDF | 500 | 10.8844 | (5,452.15) | ✓ |
| 09/22 | 09/27 | Buy | MARKET VECTORS JUNIOR GOLD MINERS ETF | GDXJ | 200 | 32.00 | (6,409.95) | ✓ |
| 09/22 | 09/27 | Buy | SILVER WHEATON CORP COM | SLW | 100 | 35.00 | (3,509.95) | ✓ |
| 09/27 | 09/27 | Withdrawals from Account | CASH DISBURSEMENT TD BANK USA CHECKING CHECK #:102 | - | - | - | (275,000.00) | |
| 09/23 | 09/28 | Buy | WISDOMTREE DREYFUS CHINESE YUAN FUND | CYB | 1,000 | 25.45 | (25,459.95) | ✓ |
| 09/23 | 09/28 | Buy | GOLDCORP INC COM | GG | 100 | 46.00 | (4,609.95) | ✓ |
| 09/23 | 09/28 | Buy | WISDOMTREE COMMODITY CURRENCY FUND | CCX | 500 | 24.9865 | (12,503.20) | ✓ |
| 09/23 | 09/28 | Buy | GOLD RESOURCE CORPORATION COM | GORO | 175 | 18.586 | (3,262.50) | ✗ |
| 09/23 | 09/28 | Buy | SILVER WHEATON CORP COM | SLW | 100 | 31.8695 | (3,196.90) | ✓ |
| 09/23 | 09/28 | Buy | CURRENCY SHARES AUS DOLLAR TRUST | FXA | 125 | 97.928 | (12,251.08) | ✓ |
| 09/23 | 09/28 | Buy | EUROPEAN GOLDFIELDS LTD COM | EGFDF | 500 | 9.4895 | (4,754.70) | ✓ |

Questions? Consult your Independent Advisor:
FIRSTRUST LLC (386) 788-3737

MC

**TD Ameritrade**
Institutional

Page 4 of 10

SB 001455

## MONTHLY STATEMENT

Reporting Period: September 1 - 30, 2011

Account ●●●●4111
BLAKER ENTERPRISES LLC
ATTN SABRINA BARBER
LIMITED LIABILITY

### TRANSACTIONS DETAIL (continued)

| Transaction Date | Settlement Date | Activity Type | Description | Symbol/CUSIP | Quantity | Price | Transaction Amount |
|---|---|---|---|---|---|---|---|
| 09/26 | 09/29 | Buy | CURRENCY SH CAN DOL TR EXCHANGE TRADED FUND | FXC | 250 | 96.00 | (24,009.95) |
| 09/30 | 09/30 | Dividends and Interest | FDIC INSURED DEPOSIT ACCOUNT IDA14 NOT COVERED BY SIPC ON 22.22 SHARES INTEREST: INSURED DEPOSIT ACCOUNT PAYABLE: 09/30/2011 INSURED DEPOSIT ACCOUNT INTEREST 22.22 | MMDA14 | 32.39 | - | 32.39 |

### ATM, DEBIT/CREDIT, AND CHECKING

| Transaction Date | Activity Type | Description | | | | | Transaction Amount |
|---|---|---|---|---|---|---|---|
| 09/27 | Checks Written | TD BANK USA CHECKING CHECK #:102 | | | | | $(275,000.00) |

### TRADES PENDING SETTLEMENT

| Transaction Date | Settlement Date | Activity Type | Description | Symbol/CUSIP | Quantity | Price | Transaction Amount |
|---|---|---|---|---|---|---|---|
| 09/28 | 10/03 | Buy | MARKET VECTORS JUNIOR GOLD MINERS ETF | GDXJ | 200 | $29.00 | $(5,809.95) |

Questions? Consult your Independent Advisor:
FIRSTRUST LLC (386) 788-3737

**TD Ameritrade** Institutional

Page 5 of 10

003960 TDA4DF01 059221

SB 001456

# MONTHLY STATEMENT

Reporting Period: September 1 - 30, 2011

Account ****111
BLAKER ENTERPRISES LLC
ATTN SABRINA BARBER

LIMITED LIABILITY

## TRADES PENDING SETTLEMENT (continued)

| Transaction Date | Settlement Date | Activity Type | Description | Symbol/ CUSIP | Quantity | Price | Transaction Amount |
|---|---|---|---|---|---|---|---|
| 09/28 | 10/03 | Buy | MINEFINDERS LTD COM | MFN | 200 | 14.00 | (2,809.95) |
| 09/28 | 10/03 | Buy | NEW GOLD INC COM | NGD | 200 | 11.00 | (2,209.95) |
| 09/28 | 10/03 | Buy | MARKET VECTORS GOLD MINERS ETF | GDX | 100 | 55.00 | (5,509.95) |
| 09/28 | 10/03 | Buy | YAMANA GOLD INC COM | AUY | 200 | 13.50 | (2,709.95) |
| 09/28 | 10/03 | Buy | EUROPEAN GOLDFIELDS LTD COM | EGFDF | 200 | 8.9936 | (1,808.67) |
| 09/28 | 10/03 | Buy | POWERSHARES DB AGRICULTURE FUND | DBA | 500 | 30.00 | (15,009.95) |
| 09/29 | 10/04 | Buy | ROYAL GOLD INC COM | RGLD | 50 | 65.00 | (3,259.95) |
| 09/29 | 10/04 | Buy | GOLDEN QUEEN MINING COM | GQMNF | 1,000 | 2.9825 | (2,992.45) |
| 09/29 | 10/04 | Buy | FRANCO NEVADA CORP COM | FNV | 150 | 36.00 | (5,409.95) |
| 09/29 | 10/04 | Buy | GOLD RESOURCE CORPORATION COM | GORO | 100 | 18.00 | (1,809.95) |

**Questions? Consult your Independent Advisor:**
FIRSTRUST LLC (386) 788-3737

MC

## TD Ameritrade
Institutional

SB 001457

## MONTHLY STATEMENT

Reporting Period: September 1 - 30, 2011

Account ___111
BLAKER ENTERPRISES LLC
ATTN SABRINA BARBER
LIMITED LIABILITY

### INSURED DEPOSIT ACCOUNT TD AMERITRADE INTEREST CREDIT/EXPENSE

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD Paid |
|---|---|---|---|---|---|---|
| 09/01 | $850,332.16 | 21 | 0.0500 | $24.46 | $24.46 | $- |
| 09/22 | 824,022.21 | 1 | 0.0500 | 1.13 | 25.59 | - |
| 09/23 | 799,012.26 | 3 | 0.0500 | 3.29 | 28.88 | - |
| 09/26 | 794,052.31 | 1 | 0.0500 | 1.08 | 29.96 | - |
| 09/27 | 503,680.26 | 1 | 0.0500 | 0.69 | 30.65 | - |
| 09/28 | 437,641.98 | 1 | 0.0500 | 0.60 | 31.25 | - |
| 09/29 | 413,632.03 | 2 | 0.0500 | 1.14 | 32.39 | 32.39 |
| TOTAL INTEREST INCOME | | | | | | $32.39 |

Questions? Consult your Independent Advisor:
FIRSTRUST LLC (386) 788-3737

MC

**TD Ameritrade** Institutional

003860 TDA4DF01 059222

SB 001458

# MONTHLY STATEMENT

Reporting Period: September 1 - 30, 2011

Account **●●●**4111
BLAKER ENTERPRISES LLC
ATTN SABRINA BARBER
LIMITED LIABILITY

## INSURED DEPOSIT ACCOUNT ACTIVITY

| Transaction Date | Settlement Date | Transaction | Description | Amount | Balance |
|---|---|---|---|---|---|
| Opening Balance | | | | | $850,332.16 |
| 09/22 | 09/22 | Delivered | FDIC INSURED DEPOSIT ACCOUNT IDA14 NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | $(26,309.95) | 824,022.21 |
| 09/23 | 09/23 | Delivered | FDIC INSURED DEPOSIT ACCOUNT IDA14 NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | (25,009.95) | 799,012.26 |
| 09/26 | 09/26 | Delivered | FDIC INSURED DEPOSIT ACCOUNT IDA14 NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | (4,959.95) | 794,052.31 |
| 09/27 | 09/27 | Delivered | FDIC INSURED DEPOSIT ACCOUNT IDA14 NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | (15,372.05) | 778,680.26 |
| 09/28 | 09/28 | Delivered | FDIC INSURED DEPOSIT ACCOUNT IDA14 NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | (341,038.28) | 437,641.98 |
| 09/29 | 09/29 | Delivered | FDIC INSURED DEPOSIT ACCOUNT IDA14 NOT COVERED BY SIPC REDEMPTION FDIC INSURED DEPOSIT ACCOUNT | (24,009.95) | 413,632.03 |

MC

Questions? Consult your Independent Advisor:
FIRSTRUST LLC (386) 788-3737

**TD Ameritrade**
Institutional

Page 6 of 10

## MONTHLY STATEMENT

Reporting Period September 1 - 30, 2011

Account ****4111
BLAKER ENTERPRISES LLC
ATTN SABRINA BARBER
LIMITED LIABILITY

### INSURED DEPOSIT ACCOUNT ACTIVITY (continued)

| Transaction Date | Settlement Date | Transaction | Description | Amount | Balance |
|---|---|---|---|---|---|
| 09/30 | 09/30 | Received | INTEREST: INSURED DEPOSIT ACCOUNT | 32.39 | 413,664.42 |
| Closing Balance | | | | | $413,664.42 |
| TD Bank NA | | | | $247,500.00 | |
| TD Bank USA NA | | | | $166,164.42 | |

FDIC Insured Deposit Accounts (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and hold by TD Bank, N.A., or TD Bank USA, N.A., or both. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

**** THANK YOU FOR CHOOSING TD AMERITRADE INSTITUTIONAL - END OF STATEMENT ****

Questions? Consult your Independent Advisor:
FIRSTRUST LLC (386) 786-3737

MC

**TD Ameritrade** Institutional

003860 TD-A4DF01 059223

SB 001460

Page 10 of 10

THIS PAGE IS INTENTIONALLY LEFT BLANK

SB 001461



**AIG** Bank

AIG Federal Savings Bank
P.O. Box 8733
Wilmington, DE 19899-8733

600868-09302011
Sabrina M. Barber
Homestead Account
472 Valley View Dr.
Winter Garden FL 34787

| | |
|---|---|
| Page Number: | 1 |
| Start Date: | 09-01-2011 |
| End Date: | 09-30-2011 |
| Account Number | 8275 |

## Account Summary for Signature Money Market Checking - 8275

| Starting Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 15,025.68 | | 275,000.00 | | 49.10 | | 1,435.46 | | 0.00 | | 288,639.32 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Transactions for Signature Money Market Checking - 8275

| Date | Description | Checks/ Debits | Deposits/ Credits | Balance |
|---|---|---|---|---|
| 09-01 | Starting Balance | | | 15,025.68 |
| 09-02 | External Withdrawal CHASE - AUTOPAY | -1,134.17 | | 13,891.51 |
| 09-26 | Deposit | | 275,000.00 | 288,891.51 |
| 09-28 | External Withdrawal CHASE - AUTOPAY | -301.29 | | 288,590.22 |
| 09-30 | Credit Interest | | 49.10 | 288,639.32 ✓ |

The Annual Percentage Yield Earned for this account is 1.01%.

Summary of Overdraft and Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Interest Rate Summary

| Date | Rate | Date | Rate | Date | Rate |
|---|---|---|---|---|---|
| 08-31 | 0.896 | 09-26 | 1.025 | | |

Interest Paid YTD: 1,531.77



Member
**FDIC**

SEE REVERSE FOR IMPORTANT INFORMATION



EQUAL HOUSING
LENDER

SB 001043



## AIG Bank

AIG Federal Savings Bank
P.O. Box 8733
Wilmington, DE 19899-8733

000614-02292012
Sabrina M. Barber
Homestead Account
472 Valley View Dr.
Winter Garden  FL  34787

Page Number:           1
Start Date:    02-01-2012
End Date:     02-29-2012
Account Number       ██████8275

### Account Summary for Signature Money Market Checking - ████8275

| Starting Balance | + | Deposits | + | Interest Paid | − | Withdrawals | − | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 255,262.88 | | 0.00 | | 160.96 | | 239,788.39 | | 0.00 | | 15,635.45 |

**************************************************************************

### Transactions for Signature Money Market Checking - ████8275

| Date | Description | Checks/ Debits | Deposits/ Credits | Balance |
|---|---|---|---|---|
| 02-01 | Starting Balance | | | 255,262.88 |
| 02-03 | External Withdrawal CHASE - AUTOPAY | -2,724.61 | | 252,538.27 |
| 02-15 | 142   Check | -15,000.00 | | 237,538.27 |
| 02-21 | 143   Check | -500.00 | | 237,038.27 |
| 02-28 | External Withdrawal CHASE - AUTOPAY | -1,563.78 | | 235,474.49 |
| 02-29 | 147   Check | -220,000.00 | | 15,474.49 |
| 02-29 | Credit Interest | | 160.96 | 15,635.45 ✓ |

### Checks for Signature Money Market Checking - ████8275

| Date | Check Number | Amount | Date | Check Number | Amount |
|---|---|---|---|---|---|
| 02-15 | 142 | 15,000.00 | 02-29 | 147* | 220,000.00 |
| 02-21 | 143 | 500.00 | | | |

* Indicates Non-Consecutive Checks
(E) Electronic Check

The Annual Percentage Yield Earned for this account is 0.86%.

#### Summary of Overdraft and Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Member
FDIC

SEE REVERSE FOR IMPORTANT INFORMATION



EQUAL HOUSING
LENDER

SB 001051



EXHIBIT

"L"



614

**Sabrina M. Barber**
**Homestead Account**
**472 Valley View Dr.**
**Winter Garden FL 34787**

| | |
|---|---|
| **Page Number:** | **2** |
| **Start Date:** | **02-01-2012** |
| **End Date:** | **02-29-2012** |
| **Account Number** | ███8275 |

## Interest Rate Summary - 310148275 CONTINUED

| Date | Rate | Date | Rate | Date | Rate |
|------|------|------|------|------|------|
| 01-18 | 0.867 | 02-15 | 0.847 | 02-29 | 0.747 |

Interest Paid YTD:   357.75



SB 001052

## Statement for Account # [redacted]3983
### 04/01/12 - 04/30/12

### Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| CREDITS | | |
| Electronic Transfer | $ 110,000.00 | $ 110,000.00 |
| Subtotal | 110,000.00 | 110,000.00 |
| TOTAL | 110,000.00 | 110,000.00 |

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.03 | $ 0.03 |
| IDA Interest | 0.84 | 0.84 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments taxed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

### Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| CREDITS | | | |
| Electronic Transfer | 04/02/2012 | TRANSFER [redacted]4111-1 TO [redacted]3983-1 | $ 110,000.00 |
| Subtotal | | | 110,000.00 |
| TOTAL | | | 110,000.00 |

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | $ 0.00 |
| 04/02/12 | 04/02/12 | Cash | Journal - Funds Deposited | TRANSFER [redacted]4111-1 TO [redacted]3983-1 | - | | $ 0.00 | $ 110,000.00 | 110,000.00 |
| 04/03/12 | 04/03/12 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | | 0.00 | (110,000.00) | 0.00 |
| 04/30/12 | 04/30/12 | Cash | Div/Int - Income | INTEREST CREDIT Payable: 04/30/2012 | - | | 0.00 | 0.03 | 0.03 |
| Closing Balance | | | | | | | | | $0.03 |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

page 2 of 4

EXHIBIT "M"

tabbies

SB 001155

Statement for Account # ▮▮▮983
05/01/12 - 05/31/12

## Insured Deposit Account Activity

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | $110,000.84 |
| 05/01/12 | | 05/01/12 | Received | FDIC INSURED DEPOSIT ACCOUNT IDA11 NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | | | $ 0.03 | 110,000.87 |
| 05/31/12 | | 05/31/12 | Received | Interest Insured Deposit Account | | | 0.93 | 110,001.80 |

**Closing Balance**                                                                                                                   $110,001.80

**TD Bank NA**                                                                                                                          $110,001.80

FDIC Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by TD Bank, N.A., or TD Bank USA, N.A., or both. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

## Important Information

The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html on or before June 14, 2012, or by contacting TD Ameritrade Clearing, Inc. at 1-800-237-8692. This number is for inquiries regarding the financial statement only. Other questions should be directed to TD Ameritrade, Inc. at 1-800-669-3900. As of March 31, 2012, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $1,199,299,453 and $205,540,660, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of the commission in Washington DC and the Denver, CO office of the Commission.

page 3 of 4

SB 001156

# TD Ameritrade

**Statement Reporting Period:**
08/01/12 - 08/31/12

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement for Account # ●●-●●3983**

BLAKER ENTERPRISES LLC
ATTN: SABRINA BARBER
472 VALLEY VIEW DR
WINTER GARDEN, FL 34787-4512

**Announcements:**
OUR ONLINE MESSAGE CENTER LETS
YOU SEND SECURE EMAILS, RECEIVE
ACCOUNT INFORMATION AND MAINTAIN
A RECORD OF COMMUNICATIONS WITH US.
JUST CLICK THE MESSAGE CENTER LINK
ON THE HOME TAB WHEN YOU LOG IN.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $0.01 ✓ | $ - | $0.01 | >9999% | $ - | - |
| Insrd Dep Acct | 49,950.37 ✓ | 0.03 | 49,950.34 | >9999% | - | 0.01% |
| Money Market | - | - | - | - | - | - |
| Short Balance | - | - | - | - | - | - |
| Stocks | - | - | - | - | - | - |
| Short Stocks | - | - | - | - | - | - |
| Fixed Income | - | - | - | - | - | - |
| Options | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - |
| Mutual Funds | - | - | - | - | - | - |
| Other | 110,022.14 ✓ | 110,008.19 | 13.95 | - | - | - |
| **Total** | **$159,972.52** | **$110,008.22** | **$49,964.30** | **45.4%** | **$ 0.00** | **0.0%** |

### Portfolio Allocation

Insrd Dep Acct 31.2%

Other 68.8%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $0.00 | $ - |
| Securities Purchased | - | (110,003.24) |
| Securities Sold | - | - |
| Funds Deposited | 49,950.00 | 159,950.00 |
| Funds Disbursed | - | - |
| Income | 0.01 | 0.04 |
| Expense | - | - |
| Other | (49,950.00) | (49,946.79) |
| **Closing Balance** | **$0.01** | **$0.01** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | 0.01 | - | 0.04 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$0.01** | **$0.00** | **$0.04** |

## Performance Summary

| | YTD |
|---|---|
| Cost Basis As Of - 08/31/12 | $ - |
| Unrealized Gains | - |
| Unrealized Losses | - |
| Funds Deposited/(Disbursed) ᵀᴹ | 159,950.00 |
| Income/(Expense) ᵀᴹ | 0.04 |
| Securities Received/(Delivered) ᵀᴹ | 0.00 |

page 1 of 5

SB 001152

Statement for Account #███ ██983
08/01/12 - 08/31/12

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Checks Deposited | $ 49,950.00 | $ 49,950.00 |
| Electronic Transfer | - | 110,000.00 |
| Subtotal | 49,950.00 | 159,950.00 |
| **TOTAL** | 49,950.00 | 159,950.00 |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $ 0.01 | $ 0.04 |
| IDA Interest | 14.29 | 22.48 |

*This section displays current and year to date transaction values for the account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Other - Cash** | | | | | | | | | | |
| TD BANK USA FDIC INSRD - INV SVG NOT COVERED BY SIPC † | | 110,022.14 | $ 1.00 | $110,022.14 | | $ - | $ - $ | $ | | |
| **Total Other** | | | | $110,022.14 | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $110,022.14 | | $0.00 | | $0.00 | $0.00 | 0.0% |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Checks Deposited | 08/06/2012 | RDC 82119 INTERACTIVE BROKERS LLC | $ 49,950.00 |
| Subtotal | | | 49,950.00 |
| **TOTAL** | | | 49,950.00 |

page 2 of 5

SB 001153

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2008-CA-12672-O

WELLS FARGO BANK, NATIONAL
ASSOCIATION, successor-by-merger
to Wachovia Bank, National
Association, a national banking
association, individually, and as agent
for itself and Regions Bank, an Alabama
state chartered bank, successor by
merger to AmSouth Bank; and
REGIONS BANK, an Alabama state
chartered banking association, successor
by merger to AmSouth Bank,

       Plaintiffs,

vs.

VP PHASE III, LTD., a Florida limited
partnership; KEVIN H. AZZOUZ, an
individual; SABRINA M. AZZOUZ, an
individual; et al.,

       Defendants.

_____/

## PLAINTIFF'S INTERROGATORIES IN AID OF EXECUTION DIRECTED TO DEFENDANT, SABRINA M. AZZOUZ, N/K/A SABRINA M. BARBER

TO:    Sabrina Barber
        f/k/a Sabrina Azzouz
        472 Valley View Drive
        Winter Garden FL 34787

PLAINTIFF, WELLS FARGO BANK, N.A., successor by merger to Wachovia Bank,

National Association ("Wells Fargo"), by and through its undersigned attorneys, and pursuant to

Rules 1.340, and 1.560, *Florida Rules of Civil Procedures*, and hereby requires that Defendant,

**EXHIBIT**

tabbies

"N"

SABRINA M. AZZOUZ, N/K/A SABRINA M. BARBER, to answer the following interrogatories in aid of execution (the "Interrogatories") in writing and under oath within thirty (30) days from the date of your receipt of these Interrogatories:

## INSTRUCTIONS TO INTERROGATORIES

As used in any of the following Interrogatories:

(A)     The words "you" or "your" as used herein shall mean the requested party herein, as well as its agents, employees, representatives, affiliates and subsidiaries, attorneys, accountants, consultants, independent contractors, and any other individual or entity presently or formerly associated or affiliated with you or purporting to act on your behalf with respect to the matter in question.

(B)     The term "document(s) includes, but is not limited to, all paper material of any kind (whether written, typed, printed, punched, filmed or marked in any way), drawings, graphs, charts, photographs, film, recording tape, phono-records, movies, electronic mail, electronic files, or other data compilations from which information can be obtained, translated or interpreted into reasonably usable form.

(C)     The term "person(s)" as used herein shall mean any individual, firm, partnership, corporation, association, business or governmental entity or sub division, agency, department, or other entity and any "person" acting by or through, directly or indirectly, any other "person" as well as any "person" by whom such "person" was controlled with respect to the matter in question.

(D)     The terms "identify" and "identification" when used in reference to an individual person, mean to state his or her full name and any alias name(s), and if known, present home address and telephone number, present business address and telephone number, present employer, employment position, title, or other business relationship.

(E)     The terms "identify" and "identification" when used in reference to a person other than an individual person, mean to state, if known, whether such person is a corporation, partnership, or other organization, and the name, present or last address and telephone number.

(F)     The word "identify" as used herein shall mean, when used in reference to a document or documents, state the date, the author (or, if different, the signor or signers), the address, type of document (e.g., letter, memorandum, telegram, charge, sketch, diagram, etc.), and any other means of identifying with sufficient particularity to meet the requirements for its inclusion in a request for production pursuant to Rule 1.350, Florida Rules of Civil Procedure. If any such document was, but no longer is in the interrogated party's possession or subject to the interrogated party's control, state what disposition was made of it and the reason for such disposition. In lieu of identifying any document, a true and correct copy thereof may be annexed to and incorporated in the answers to these interrogatories. If any such document has already

been furnished to the interrogating party, only one reference to such document is necessary for identification.

Once any person has been identified properly, it shall be sufficient thereafter when identifying that same person to state that person's name only.   In lieu of identifying any document, a true and correct copy thereof may be annexed to and incorporated in the answers to these interrogatories.   If any document was, but no longer is, in your possession or subject to your control, state what disposition was made of it, and the reason for such disposition.

You may state your answer to each Interrogatory in the space provided beneath each Interrogatory, or if such space is insufficient, state your answer on a separate sheet(s) of paper and attach it hereto.   You must sign your name in the space provided, and have your signature notarized.

You may state your answer to each Interrogatory in the space provided beneath each Interrogatory, or if such space is insufficient, state your answer on a separate sheet(s) of paper and attach it hereto.   You must sign your name in the space provided, and have your signature notarized.

## INTERROGATORIES

1.      Identify all persons who participated in responding to these Interrogatories.

ANSWER:

Sabrina Barber

2.      Please provide all information you possess regarding the current whereabouts of Defendant, KEVIN H. AZZOUZ, including, without limitation, all addresses, telephone numbers, and email accounts for KEVIN H. AZZOUZ.

ANSWER:

Phone Number: 310-989-2400

Emails: kevinazzouz@live.com; kevin.azzouz@me.com; kevinazzouz@hotmail.com

Lives somewhere in Santa Monica, California or Marina Del Rey, California.

3.   Please state your present job or occupation, the name, address and telephone number of the place where you carry out your job or occupation, and the name of your employer.

ANSWER:

Job #1:  Intuit Tax Advisor Specialist

Location: 472 Valley View Drive, Winter Garden, FL 34787 (my home)

Employer: Intuit, Inc.

Seasonal job; ends every April


Job #2: Byrd Accounting

Location: 150 S Woodland St., Winter Garden, FL 34787

Telephone: 407-656-5400

Employer: Divorce Financial Solutions, LLC

Seasonal job.  Majority of work ends in April.  Some tax returns done thereafter.


4.   What is your present salary, and how is your salary payable, i.e., weekly, monthly, and do you receive any bonus or compensation other than your salary?

ANSWER:

Job #1 – Salary: $19.50/hr. payable biweekly, bonus up to $2,500

Job #2 – Salary: $500 or more quarterly; reimbursed medical expenses and employee expenses required to do the job.

5.    Please identify any and all bank checking or savings or investment accounts you own,
      including the names and addresses of banks where you have such accounts.

      <u>ANSWER:</u>

      Applied Bank, PO Box 15060, Wilmington, DE 19850-5060

      Checking: ████8079

      Savings: ████9688


      TD Ameritrade, PO Box 2209, Omaha, NE 68103-2209

      Account: ██-█8343


6.    List all real estate that you own, whether individually or jointly including situs address
      and legal description.

      <u>ANSWER:</u>

      472 Valley View Drive, Winter Garden, FL 34787

      Courtlea Oaks Phase 2B 41/67 Lot 27, Orange County, Florida


7.    Please state what mortgages are presently on real estate you own, by whom the
      mortgages are held, and the amounts to be paid on such mortgages.

      <u>ANSWER:</u>

      <u>None</u>

8.   List all the household furnishings in your home or apartment and state the present value of the household furnishings.

ANSWER:

See Exhibit A

9.   Please identify all real estate other than your home that you (or your spouse if married) own any interest in.

ANSWER:

None

10.  Do you (or does your spouse if married) own any real estate mortgages?  If so, please describe.

ANSWER:

None

11.  Do you (or does your spouse if married) receive any income from trust funds?  If so, please identify the name of the trust fund, the trustee of the trust fund, and the depository institution where the trust fund is held, and the account number of the trust fund.

ANSWER:

None

12.  Please identify any trust in which you have held an interest in the last five (5) years. Please identify the name of the trust fund, the trustee of the trust fund, and the depository institution where the trust fund is held, and the account number of the trust fund.

ANSWER:

None

13. Please identify any stocks, bonds, defense bonds or other securities you (or your spouse if married) own.

ANSWER:

IRA, 401K and annuity hold stocks and other securities:

San Luis Obispo Deferred Compensation 457 Plan          Acct:█7070

Intuit 401K Plan          Acct:█7562

TD Ameritrade Roth IRA          Accts: 757-050455          █-█3502

TD Ameritrade IRA   Acct: █-█3486

Vanguard          Acct:█5313

14. Please describe any of the following items of personal property that you (or your spouse if married) own: a piano, phonograph, radio, television set, horses, carriages, trucks, paintings, silverware, rugs, tapestries, library collection of curios, coins, stamps, antiques or statuary.

ANSWER:

2009 Samsung TV

15. Please identify and describe any royalties from any patent, copyright or invention that you (or your spouse if married) receive.

ANSWER:

None

16. List all automobiles, airplanes or boats owned or leased by you (or your spouse if married); and state whether they are owned or leased.

ANSWER:

Co-owner of 2012 Kia Optima

17.   Please list and describe each and every item of jewelry you (or your spouse if married) own, including the approximate present value of each item of jewelry.

ANSWER:

Misc. costume jewelry - $250

18.   Are you an officer, director or shareholder in any corporation, a member in any limited liability company or a partner in any partnership?  If so, please state the name and address of such entity(ies).

ANSWER:

Divorce Financial Solutions, LLC, 472 Valley View Drive, Winter Garden, FL

Blaker Enterprises, LLC, 472 Valley View Drive, Winter Garden, FL

19.   Have you closed any bank accounts in the last five (5) years?  If so, please give the name and address of the bank and how much was on deposit at the time the account was closed. State the date, name and address of payee of the last check drawn on said account, the amount of said check and the consideration therefore and is the payee related to you, or to a member of your family.

ANSWER:

Yes.

In 2010, moved funds from American Momentum Bank to Applied Bank.  I do not recall the last check amount.

In January 2011, I hired management firm to manage retirement and investment funds.

Per their request, I moved these funds into their institutional accounts at TD Ameritrade. Fired management firm. Moved retirement and investment funds to TD Ameritrade retail in 2013.

In 2013, AIG Bank closed accounts to individuals.  Funds moved to American Momentum Bank.

All funds from all accounts moved were paid to me, to other banks, to my retirement fund, or to my investment fund.

Recently closed Chase Bank checking and took approximately $400 balance in cash.

20.   Do you have any life, accident, health or any other kind of insurance?  If so, what are the names of the companies and the numbers and amounts of each policy, the beneficiaries in each policy and whether the beneficiaries have ever changed.

ANSWER:

Health Insurance: Golden Rule Plan #███7602-08; ID# ███8439 Group #█5214; Insured: Sabrina Barber, Mara Azzouz, Melina Azzouz

Jackson Life policy; owner and insured – Sabrina Barber; Value $1,000 each

21.   Please identify any safe deposit boxes you (or your spouse if married) own, including the location of each and the names of all persons having access to each box, and the contents of each box.

ANSWER:

None.

22.   Are you a beneficiary under any trust or last will and testament?  If so, please identify the trustee or executor of the trust or will, and explain all relevant details.

ANSWER:

None.

23.   Please identify any claims for damages against any person or entity that you may have.

ANSWER:

None

24.   Please identify with particularity any real or personal property that you have transferred to anyone from and after January 1, 2009 through the present.

ANSWER:

Short Sale – house @ 12253 Park Avenue, Windermere, FL 34786; Sold 2/14/14 for $540,000; owed approximately $1 million

Gardens at Village of Windermere stock - sold to other shareholders, Mere Holding Co., LLC to settle lawsuit against me and for reimbursement of legal fees incurred totaling $4,048; March 2011

25.   Are you named as beneficiary under a life insurance policy issued to some other person? If so, please state the name of the insured, the name of the company and the number and the amount of said policy of insurance.

ANSWER:

None

26.   Please identify any federal or state income tax refunds which you have received since January 1, 2009 through the present date, and any that you are entitled to receive, including the amount of the refund, and date the refund was received.

ANSWER:

Each year's refunds are applied to next year's estimated tax payments, except for the 2013 refund of $12,800 was applied as follows: $9,300 went to estimated taxes for 2014 and I received $3,500 of the refund in cash.

27.   Please identify any monies that you receive and you are entitled to receive from retirement, trust or pension funds.

ANSWER:

None at this time.  I am not 59.5 years of age.

28.   Please identify all persons who owe you money. Please give the person's name, last known address, telephone number, and any other relevant information, including the amount of money owed to you.

ANSWER:

None.

29.   Please identify how much cash you have on hand or in your home.

ANSWER:

Varies daily.

30.   Please identify any source of income other than those previously listed herein.

ANSWER:

None.

31.   Please identify any judgments that have been entered against you, including the name of the judgment creditor, that state where the judgment was entered, the date of the judgment and the amount of the judgment.

ANSWER:

Judgment in this case.

Fifth Third Bank, Florida, May 7, 2010, $5,253,773 plus interest

SABRINA M. BARBER

STATE OF _Florida_

COUNTY OF _Seminole_

    The foregoing Answers to Interrogatories were sworn to and subscribed before me this _19_ day of _May_, 2014, by SABRINA M. BARBER, who is personally known to me or has produced _____ as identification.

> JACALYN J. ROYAL
> NOTARY PUBLIC  STATE OF FLORIDA
> COMMISSION # FF106940
> EXPIRES 4/1/2018
> BONDED THRU 1-888-NOTARY1

Notary Public, State of _Florida_
Printed Name: _Jacalyn J. Royal_
My Commission Expires: _4/1/18_

(NOTARY SEAL)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the original Answers to Interrogatories in Aid of Execution has been furnished by United States Mail to **Gary Soles**, Esquire, 450 S. Orange Ave., Suite 200, Orlando FL 32801, on this _23_ day of _May_, 2014.

Jonathan B. Alper, Esq.
274 Kipling Court
Heathrow, FL 32746
Telephone: 407-444-0404
Fax: 407-333-2040
Email: jalper@alperlaw.com
Florida Bar No. 208681
Attorney for Defendant Sabrina Barber

**Charity name**     Barber house ▼

**Date of Donation**     12/31/2013     (m/d/yy)

**Total Items Donated**     51

**Total Value**     $1,979.00

❷ Why can't I enter Low value items?

| DESCRIPTION | HIGH | QTY OF ITEMS | MEDIUM | QTY OF ITEMS | LOW | QTY OF ITEMS | |
|---|---|---|---|---|---|---|---|
| Bed Frame | $36.00 | 1 | $20.00 | | $0.00 | | Delete |
| Box Spring | $18.00 | 3 | $8.00 | | $4.00 | | Delete |
| Card Table | $74.00 | | $52.00 | 1 | $3.00 | | Delete |
| Chair: Stationary | $27.00 | 2 | $14.00 | | $6.00 | | Delete |
| Chest of Drawers | $146.00 | 2 | $49.00 | | $5.00 | | Delete |
| Chest of Drawers | $146.00 | | $49.00 | 1 | $5.00 | | Delete |
| Coffee Table | $34.00 | 1 | $14.00 | | $0.00 | | Delete |
| Computer Desk | $27.00 | 2 | $15.00 | | $0.00 | | Delete |
| Desk Chair | $28.00 | | $8.00 | 4 | $0.00 | | Delete |
| Dresser w/Mirror | $59.00 | 1 | $34.00 | | $8.00 | | Delete |
| Dresser w/o Mirror | $44.00 | 1 | $23.00 | | $7.00 | | Delete |
| Dryer: Gas | $72.00 | | $50.00 | 1 | $7.00 | | Delete |
| End Table | $22.00 | | $14.00 | 1 | $0.00 | | Delete |
| End Table | $22.00 | 1 | $14.00 | | $0.00 | | Delete |
| Filing Cabinet | $29.00 | 1 | $16.00 | | $4.00 | | Delete |
| Headboard | $56.00 | | $37.00 | 1 | $5.00 | | Delete |
| Headboard | $56.00 | 2 | $37.00 | | $5.00 | | Delete |
| Kitchen Chair | $41.00 | | $25.00 | 10 | $6.00 | | Delete |

| | | | | | |
|---|---|---|---|---|---|
| Kitchen Table | $45.00 | 2 | $29.00 | $34.00 | Delete |
| Love Seat | $49.00 | 1 | $34.00 | $0.00 | Delete |
| Mattress | $37.00 | 3 | $18.00 | $14.00 | Delete |
| Nightstand | $31.00 | 4 | $22.00 | $5.00 | Delete |
| Nightstand | $31.00 | | $22.00 | 1 | $5.00 | Delete |
| Office Chair | $33.00 | 1 | $16.00 | $0.00 | Delete |
| Refrigerator: Side By Side | $168.00 | 1 | $113.00 | $37.00 | Delete |
| Sofa | $38.00 | 1 | $24.00 | $0.00 | Delete |
| Washer: Front Load | $70.00 | 1 | $49.00 | $34.00 | Delete |

Back    Add More Items to This Donation    Save Changes



PO BOX 2577
OMAHA, NE 68103-2577





00351056 02 AV  0.378 02  TR 01502 TDGDD426 100000
BLAKER ENTERPRISES LLC
ATTN SABRINA BARBER
472 VALLEY VIEW DR
WINTER GARDEN, FL 34787







EXHIBIT

"O"

SB 001158

# Terms and Conditions

## STATEMENT GUIDE

TD Ameritrade provides monthly Portfolio Reports for accounts with activity and quarterly reports for inactive accounts.

## GENERAL INFORMATION

## REGULATORY DISCLOSURES

Auction Rate Securities ("ARS") Pricing:

Margin Accounts (Regulation T):

Payment for Order Flow (SEC Rules 606 and 607):

Free Credit Balances (Rule 15c3-2 & 3):

Privacy Policy Notification:

AMTD 100 0913

# TD Ameritrade

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement Reporting Period:**
04/01/14 - 04/30/14

**Statement for Account # ___3474**
BLAKER ENTERPRISES LLC
ATTN SABRINA BARBER
472 VALLEY VIEW DR
WINTER GARDEN, FL 34787

**Announcements:**
YOU ASKED, WE LISTENED. SEARCH
HIGH-YIELD CORPORATE BONDS, NOW
ONLINE LOG IN AND GO TO BONDS
AND CDS ADVANCED SEARCH UNDER
THE RESEARCH AND IDEAS TAB OR
CALL 877-883-2835 TO LEARN MORE.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | | $ - | |
| Insrd Dep Acct | 1,636.96 | 1,568.06 | 68.90 | 4.4% | | 0.01% |
| Money Market | - | | - | | - | |
| Short Balance | - | | - | | - | |
| Stocks | 222,659.15 | 220,215.30 | 2,443.85 | 1.1% | 1,202.26 | 0.5% |
| Short Stocks | - | | - | | - | |
| Fixed Income | - | | - | | - | |
| Options | - | | - | | - | |
| Short Options | - | | - | | - | |
| Mutual Funds | - | | - | | - | |
| Other | 265,552.02 | 265,528.66 | 23.36 | | - | |
| **Total** | **$489,848.13** | **$487,312.02** | **$2,536.11** | **0.5%** | **$1,202.26** | **0.2%** |

### Portfolio Allocation

Insrd Dep Acct 0.3%
Stocks 45.5%
Other 54.2%

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $ 0.00 | $ - |
| Securities Purchased | - | - |
| Securities Sold | - | - |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | 76.06 | 308.95 |
| Expense | (7.17) | (32.53) |
| Other | (68.89) | (276.42) |
| **Closing Balance** | **$ 0.00** | **$0.00** |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $67.75 | $ - | $275.66 |
| Interest | 8.31 | - | 33.29 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | (7.17) | (32.53) |
| **Net** | **$76.06** | **($7.17)** | **$276.42** |

## Performance Summary

| | YTD |
|---|---|
| Cost Basis As Of - 04/30/14 | $298,056.26 |
| Unrealized Gains | 3,063.95 |
| Unrealized Losses | (78,461.06) |
| Funds Deposited/(Disbursed)™ | - |
| Income/(Expense)™ | 276.42 |
| Securities Received/(Delivered)™ | 0.00 |

351055 TD0DD436 040105                page 1 of 6



SB 001160

**Statement for Account # ▪▪▪▪474**
04/01/14 - 04/30/14

### Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Interest Income – Securities | $ 8.31 | $ 33.29 |
| Foreign Dividend Tax Withheld | (7.17) | (32.53) |
| Qualified Dividends | 67.75 | 275.66 |
| IDA Interest | 23.37 | 87.64 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (ex/flower dividends). The year to date totals will accurately reflect your cumulative amount for the year.

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain/(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| CURRENCY SH CAN DOL TR EXCHANGE TRADED FUND | FXC | 500 | $ 90.7599 | $45,379.95 | 08/20/11 | $ 49,019.90 | $ 98.04 | $ (3,639.95) | $ 105.00 | 0.2% |
| ELDORADO GOLD CORP LTD NEW COM | EGO | 1,250 | 6.10 | 7,625.00 | 09/22/11 | 14,325.47 | 11.46 | (6,700.47) | 22.76 | 0.3% |
| FIRST MAJESTIC SILVER CORP COM | AG | 300 | 9.50 | 2,850.00 | 03/01/13 | 4,419.90 | 14.73 | (1,569.90) | - | - |
| FRANCO NEVADA CORP COM | FNV | 150 | 48.17 | 7,225.50 | 09/29/11 | 5,409.95 | 36.07 | 1,815.55 | 108.00 | 1.5% |
| GOLD RESOURCE CORPORATION COM | GORO | 950 | 4.61 | 4,379.50 | 09/21/11 | 14,692.36 | 15.47 | (10,312.86) | 114.00 | 2.6% |
| GOLDCORP INC COM | GG | 150 | 24.72 | 3,708.00 | 09/23/11 | 6,217.40 | 41.45 | (2,509.40) | 90.00 | 2.4% |
| GOLDEN QUEEN MINING COM | GQMNF | 3,000 | 1.7299 | 5,189.70 | 09/29/11 | 7,311.07 | 2.44 | (2,121.37) | - | - |
| MARKET VECTORS GOLD MINERS ETF | GDX | 500 | 24.11 | 12,055.00 | 04/04/11 | 25,367.59 | 50.74 | (13,312.59) | 96.50 | 0.8% |
| MARKET VECTORS JUNIOR GOLD MINERS ETF | GDXJ | 250 | 36.50 | 9,125.00 | 09/22/11 | 23,849.75 | 94.60 | (14,524.75) | - | - |
| NEW GOLD INC COM | NGD | 350 | 5.07 | 1,774.50 | 09/28/11 | 3,569.90 | 10.20 | (1,795.40) | - | - |

page 2 of 6

SB 001161

Statement for Account # ____474
04/01/14 – 04/30/14

### Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| PAN AMERICAN SILVER CORP COM | PAAS | 500 | 12.96 | 6,480.00 | 09/28/11 | 9,628.77 | 19.26 | (3,148.77) | 250.00 | 3.9% |
| POWERSHARES DB AGRICULTURE FUND | DBA | 800 | 29.27 | 23,416.00 | 09/28/11 | 23,029.75 | 28.79 | 386.25 | - | - |
| ROYAL GOLD INC COM | RGLD | 50 | 66.20 | 3,310.00 | 09/29/11 | 3,259.95 | 65.20 | 50.05 | 42.00 | 1.3% |
| RUBICON MINERALS CORP COM | RBY | 2,000 | 1.09 | 2,180.00 | 04/09/12 | 5,369.90 | 2.68 | (3,189.90) | - | - |
| SILVER STD RES INC COM | SSRI | 300 | 9.91 | 2,973.00 | 01/31/13 | 3,219.90 | 10.73 | (246.90) | - | - |
| SILVER WHEATON CORP COM | SLW | 200 | 22.20 | 4,440.00 | 09/22/11 | 6,708.85 | 33.53 | (2,268.85) | 56.00 | 1.3% |
| SWEDISH CREDIT CORPORATION ROGERS AGRI TOT RET ETN | RJA | 1,100 | 9.12 | 10,032.00 | 12/12/11 | 9,219.90 | 8.38 | 812.10 | - | - |
| WISDOMTREE CHINESE YUAN FUND | CYB | 1,000 | 24.90 | 24,900.00 | 09/23/11 | 25,459.95 | 25.46 | (559.95) | 214.00 | 0.9% |
| WISDOMTREE TRUST COMMODITY CURRENCY FUND | CCX | 2,000 | 20.19 | 40,380.00 | 09/19/11 | 48,958.10 | 24.48 | (8,578.10) | - | - |
| YAMANA GOLD INC COM | AUY | 700 | 7.48 | 5,236.00 | 09/28/11 | 9,219.90 | 13.17 | (3,983.90) | 105.00 | 2.0% |
| **Total Stocks** | | | | $222,659.15 | | $298,056.28 | | $(75,397.11) | $1,202.26 | 0.5% |
| **Other - Cash** | | | | | | | | | | |
| TD BANK USA FDIC INSRD INV SVG NOT COVERED BY SIPC † | - | 265,552.02 | $1.00 | $265,552.02 | - | $ - | $ - | $ - | $ - | - |
| **Total Other** | | | | $265,552.02 | | $0.00 | | $0.00 | $0.00 | 0.0% |
| **Total Cash Account** | | | | $488,211.17 | | $298,056.28 | | $(75,397.11) | $1,202.26 | 0.2% |

page 3 of 6

SB 001162

**Statement for Account #** ___ 3474
04/01/14 - 04/30/14

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | $ 0.00 |
| 04/08/14 | 04/08/14 | Cash | Div/Int - Income | CURRENCY SH CAN DOL TR EXCHANGE TRADED FUND Payable 04/08/2014 Taxable Int Credited     8.31 | FXC | • | $ 0.00 | $ 8.31 | 8.31 |
| 04/09/14 | 04/09/14 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | • | 0.00 | (8.31) | 0.00 |
| 04/14/14 | 04/14/14 | Cash | Div/Int - Income | YAMANA GOLD INC COM Payable 04/14/2014 QUALIFIED DIVIDENDS     26.25 | AUY | • | 0.00 | 26.25 | 26.25 |
| 04/14/14 | 04/14/14 | Cash | Div/Int - Expense | YAMANA GOLD INC COM Foreign Tax Adjustment Payable 04/14/2014 | AUY | • | 0.00 | (3.94) | 22.31 |
| 04/15/14 | 04/15/14 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | • | 0.00 | (22.31) | 0.00 |
| 04/16/14 | 04/16/14 | Cash | Div/Int - Income | SILVER WHEATON CORP COM Payable 04/15/2014 QUALIFIED DIVIDENDS     14.00 | SLW | • | 0.00 | 14.00 | 14.00 |
| 04/16/14 | 04/16/14 | Cash | Div/Int - Expense | SILVER WHEATON CORP COM Foreign Tax Adjustment Payable 04/15/2014 | SLW | • | 0.00 | (2.10) | 11.90 |
| 04/17/14 | 04/17/14 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | • | 0.00 | (11.90) | 0.00 |
| 04/21/14 | 04/21/14 | Cash | Div/Int - Income | ROYAL GOLD INC COM Payable 04/18/2014 QUALIFIED DIVIDENDS     10.50 | RGLD | • | 0.00 | 10.50 | 10.50 |
| 04/21/14 | 04/21/14 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | • | 0.00 | (10.50) | 0.00 |
| 04/23/14 | 04/23/14 | Cash | Div/Int - Income | GOLD RESOURCE CORPORATION COM Payable 04/23/2014 QUALIFIED DIVIDENDS     9.50 | GORO | • | 0.00 | 9.50 | 9.50 |

page 4 of 5

SB 001163

Statement for Account # ...3474
04/01/14 - 04/30/14

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/23/14 | 04/23/14 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (9.50) | 0.00 |
| 04/25/14 | 04/25/14 | Cash | Div/Int - Income | GOLDCORP INC COM Payable 04/25/2014 QUALIFIED DIVIDENDS 7.50 | GG | - | 0.00 | 7.50 | 7.50 |
| 04/25/14 | 04/25/14 | Cash | Div/Int - Expense | GOLDCORP INC COM Foreign Tax Adjustment Payable 04/25/2014 | GG | - | 0.00 | (1.13) | 6.37 |
| 04/28/14 | 04/28/14 | Cash | Journal - Other | PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 0.00 | (6.37) | 0.00 |
| 04/30/14 | 04/30/14 | Cash | Received - Other | TD BANK USA FDIC INSRD INV SVG NOT COVERED BY SIPC on 23.36 Shares Interest FDIC Savings Deposit Account Payable: 04/29/2014 † | - | 23.36 | 0.00 | . | 0.00 |

Closing Balance $ 0.00

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD Paid |
|---|---|---|---|---|---|---|
| 04/01/14 | $ 1,568.06 | 8 | 0.0100 | $- | $- | $- |
| 04/09/14 | 1,576.37 | 6 | 0.0100 | 0.01 | 0.01 | - |
| 04/15/14 | 1,598.68 | 2 | 0.0100 | - | 0.01 | - |
| 04/17/14 | 1,610.58 | 4 | 0.0100 | - | 0.01 | - |
| 04/21/14 | 1,621.08 | 2 | 0.0100 | - | 0.01 | - |
| 04/23/14 | 1,630.58 | 5 | 0.0100 | - | 0.01 | - |
| 04/28/14 | 1,630.95 | 3 | 0.0100 | - | 0.01 | - |

Total Interest Income $0.01

351056 TD0DD426 04/0108   E   page 5 of 6

SB 001164

Statement for Account # ⬛⬛3474
04/01/14 - 04/30/14

## Insured Deposit Account Activity†

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | **$1,568.06** |
| 04/09/14 | - | 04/09/14 | Received | FDIC INSURED DEPOSIT ACCOUNT IDA11 NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | $ 8.31 | 1,576.37 |
| | | 04/15/14 | Received | FDIC INSURED DEPOSIT ACCOUNT IDA11 NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 22.31 | 1,598.68 |
| | | 04/17/14 | Received | FDIC INSURED DEPOSIT ACCOUNT IDA11 NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 11.90 | 1,610.58 |
| | | 04/21/14 | Received | FDIC INSURED DEPOSIT ACCOUNT IDA11 NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 10.50 | 1,621.08 |
| | | 04/23/14 | Received | FDIC INSURED DEPOSIT ACCOUNT IDA11 NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 9.50 | 1,630.58 |
| | | 04/28/14 | Received | FDIC INSURED DEPOSIT ACCOUNT IDA11 NOT COVERED BY SIPC PURCHASE FDIC INSURED DEPOSIT ACCOUNT | - | - | 6.37 | 1,636.95 |
| | | 04/30/14 | Received | Interest: Insured Deposit Account | - | - | 0.01 | 1,636.96 |

**Closing Balance**      **$1,636.96**

TD Bank NA

† FDIC Insured Deposit Account (IDA), held by TD Bank, N.A. and TD Bank USA, N.A., and Investor Savings Account, held by TD Bank USA, N.A., balances reflected in your brokerage account are FDIC-insured up to applicable limits. These balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

## Important Information

Required Annual FINRA Information: FINRA maintains a toll-free public disclosure hotline where investors may call to request disclosable background information on any licensed broker or broker-dealer. To call the hotline, dial 1-800-289-9999. FINRA also maintains an internet web site where investors may obtain useful information concerning FINRA policies, procedures and services. The web site can be accessed at www.finra.org. Additionally, FINRA has a brochure which describes the investor education and protection program. You may request this brochure either through the FINRA web site or by calling the toll-free public disclosure hotline.

Certain purchases of Class A Mutual Funds may be eligible for a breakpoint discount on the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/web/groups/rules_regs/documents/rules_regs/p010543.pdf

page 6 of 6

SB 001165

# TD Ameritrade

**Statement Reporting Period:**
04/01/14 - 04/30/14

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account # ●●●983**
BLAKER ENTERPRISES LLC
ATTN: SABRINA BARBER
472 VALLEY VIEW DR
WINTER GARDEN, FL 34787-4512

**Announcements:**
YOU ASKED, WE LISTENED. SEARCH
HIGH-YIELD CORPORATE BONDS, NOW
ONLINE. LOG IN AND GO TO BONDS
AND CDS ADVANCED SEARCH UNDER
THE RESEARCH AND IDEAS TAB OR
CALL 877-883-2835 TO LEARN MORE.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - | |
| Insrd Dep Acct | 4,505.95 | 4,505.91 | 0.04 | - | - | 0.01% | |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | - | - | - | - | - | - | |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | 72,685.74 | 72,679.34 | 6.40 | - | - | - | |
| **Total** | **$77,191.69** | **$77,185.25** | **$6.44** | - | **$ 0.00** | **0.0%** | |

Insrd Dep Acct 5.8%
Other 94.2%

## Income & Expense Summary

| | Reportable | | Non Reportable | |
|---|---|---|---|---|
| Income | YTD | | YTD | |
| Dividends | $ - | $ - | $ - | $ - |
| Interest | - | - | - | - |
| Other | - | - | - | - |
| Expense | | | | |
| Interest | - | - | - | - |
| Fees | - | - | - | - |
| Other | - | - | - | - |
| **Net** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 04/30/14 | $ - |
| Unrealized Gains | - |
| Unrealized Losses | - |
| Funds Deposited/(Disbursed)™ | - |
| Income/(Expense)™ | - |
| Securities Received/(Delivered)™ | 0.00 |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening Balance | $ 0.00 | $ - |
| Securities Purchased | - | - |
| Securities Sold | - | - |
| Funds Deposited | - | - |
| Funds Disbursed | - | - |
| Income | - | - |
| Expense | - | - |
| Other | - | - |
| **Closing Balance** | **$ 0.00** | **$0.00** |

page 1 of 3

SB 001147