IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

CASE NO.: 6:14-CV-00901-PGB-KRS

WELLS FARGO BANK, NATIONAL ASSOCIATION, successor-by-merger to Wachovia Bank, National Association, a national banking association, individually, and as agent for itself and Regions Bank, an Alabama state chartered bank, successor-by-merger to AmSouth Bank; and REGIONS BANK, an Alabama state chartered banking association, successor-by-merger to AmSouth Bank,

               Plaintiffs,

vs.

SABRINA BARBER, an individual, f/k/a SABRINA AZZOUZ; BLAKER ENTERPRISES, LLC, a Nevis limited liability company; TD AMERITRADE, INC., a New York corporation; and APPLIED BANK, a Delaware banking corporation,

               Defendants.            /

## JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR VOLUNTARY DISMISSAL OF LAWSUIT WITH PREJUDICE

COMES NOW, Plaintiffs, WELLS FARGO BANK, National Association, and REGIONS BANK, an Alabama state chartered bank, and Defendants, SABRINA BARBER, f/k/a SABRINA AZZOUZ and BLAKER ENTERPRISES, LLC, a Nevis limited liability company, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) [1] and Local Rule 3.08, hereby jointly give notice to this Court that they have entered to a Settlement Agreement pursuant to which

---

[1] On July 28, 2014, Defendants TD AMERITRADE, INC., a New York corporation; and APPLIED BANK, a Delaware banking corporation, were dropped as parties to this Lawsuit and therefor are not required as parties to this stipulation.

they hereby stipulate to the voluntary dismissal with prejudice of this lawsuit.  Pursuant to the Settlement Agreement, the parties will each pay their own attorneys' fees and costs.

Dated this 25th day of February, 2015.

/s/ Michael S. Provenzale
**Gary Soles**
Florida Bar No. 0614149
**Michael S. Provenzale**
Florida Bar No. 0056834
Lowndes, Drosdick, Doster, Kantor
  & Reed, P.A.
450 S. Orange Avenue, Suite 200
Orlando, Florida 32801
Telephone: 407-843-4600
Facsimile: 407-843-4444
gary.soles@lowndes-law.com
michael.provenzale@lowndes-law.com
deborah.meadows@lowndes-law.com
anne.fisher@lowndes-law.com
litcontrol@lowndes-law.com
*Attorneys for Plaintiff, Wells Fargo Bank, N.A.*

**Timothy J. Kiley**
Florida Bar No. 0044352
Winderweedle Haines Ward & Woodman, PA
Post Office Box 1391 (32802)
390 N. Orange Avenue, Suite 1500
Orlando, FL 32801
Tel:  407-423-4246
Fax:  407-423-7014
tkiley@whww.com
*Attorneys for Plaintiff, Regions Bank*

/s/ Fritz Scheller
**Fritz Scheller**
Florida Bar No. 183113.
Fritz Scheller PL
200 E. Robinson, Suite 1150
Orlando, Florida 32801
PH: (407) 792-1285
FAX: (407) 513-4146
fscheller@flusalaw.com
*Attorneys for Defendants, Sabrina Barber and Blaker Enterprises, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2015, I electronically filed the foregoing with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system.

/s/ Michael S. Provenzale
Michael S. Provenzale